IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JONATHAN VICKS, | * |
| Plaintiff, | * |
| v. | Case No.  7:21-CV-70(HL) |
| | * |
| Sheriff CARLTON POWELL, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 1, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of September, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk